WO

## UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Manuel Diaz,<br><br>              Petitioner,<br><br>     vs.<br><br>United States of America,<br><br>              Respondent. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV-05-760-TUC-FRZ<br>      CR-02-1956-TUC-FRZ |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's "Motion under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (U.S.D.C. document #49 in CR-02-1956-TUC-FRZ) is **DENIED** and this case (CV-05-760-TUC-FRZ) is **DISMISSED**.

| | |
|---|---|
| January 5, 2006<br>Date | RICHARD H. WEARE<br>CLERK<br><br>*S/ M. Michelle Mejia*<br><br>M. Michelle Mejia<br>Deputy Clerk |

Copies to:
J/B, FRZ, Diaz, all Counsel